JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT 31 1989

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 819

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE FIRE DISASTER ON SOUTH PASS 60 "B" PLATFORM IN THE GULF OF MEXICO ON MARCH 19, 1989

ORDER DENYING MOTION AS MOOT
AND VACATING HEARING

On August 18, 1989, plaintiffs in three of the ten actions listed on the attached Schedule A and pending in the Eastern District of Louisiana moved the Panel, pursuant to 28 U.S.C. §1407, to transfer to that district for centralized pretrial proceedings the two actions listed on Schedule A pending, respectively, in the Eastern and Southern Districts of Texas. Subsequently, the Eastern District of Texas action was transferred to the Eastern District of Louisiana under 28 U.S.C. §1404, pursuant to an order issued by Judge Joe J. Fisher on August 17, 1989; and the Southern District of Texas action was remanded to Texas state court, pursuant to an order issued by Judge James De Anda on October 26, 1989.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of the actions listed on the attached Schedule A be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that the hearing order filed on October 4, 1989, and the schedule attached thereto be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

Schedule A

<u>MDL-819 -- In re Fire Disaster on South Pass 60 "B" Platform in the Gulf of Mexico on March 19,, 1989</u>

<u>Eastern District of Texas</u>

<u>Billie Sue Gentry, etc. v. Atlantic Richfield Company, et al., C.A. No. B-89-275-CA</u>

<u>Southern District of Texas</u>

<u>Tim Parrish, et al. v. Pipe Lines Unlimited Services, et al., C.A. No. H-89-2153</u>

<u>Eastern District of Louisiana</u>

<u>Arco Oil and Gas Co., etc. v. Southern Natural Gas Co., et al., C.A. No. 89-1362</u>
<u>Suharmi Suharto, etc. v. Southern Natural Gas Co., et al., C.A. No. 89-2172</u>
<u>Roger K. Byers v. Southern Natural Gas Co., et al., C.A. No. 89-2464</u>
<u>Joycie York Gentry, etc. v. Southern Natural Gas Co., et al., C.A. No. 89-2465</u>
<u>Randy C. Morgan v. Southern Natural Gas Co., et al., C.A. No. 89-2466</u>
<u>Richmond Barber, Jr. v. Arco Oil & Gas Co., et al., C.A. No. 89-2605</u>
<u>William D. Shuman, et al. v. Southern Natural Gas Co., C.A. No. 89-2837</u>
<u>Juliette Navratil v. Southern Natural Gas Co., C.A. No. 89-2838</u>
<u>Loren Skarie, et al. v. Southern Natural Gas Co., C.A. No. 89-2839</u>
<u>Steve D. Burns v. Southern Natural Gas Co., C.A. No. 89-2889</u>